The People of the State of New York ex rel. Rocco Leggiardo, Appellant, v. The Warden of the House of Detention for Witnesses, Respondent. — Order affirmed. No opinion. Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

The Maximilian Fleischmann Company, Respondent, v. The Madison Avenue Real Estate Company, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

The Maximilian Fleischmann Company, Respondent, v. The Madison Avenue Real Estate Company, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

The James McCreery Realty Corporation, Respondent, v. The Associated Merchants Company and Others, Appellants. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

The James McCreery Realty Corporation, Plaintiff, v. The Associated Merchants Company and Others, Appellants. Paul H. Fairchild, Receiver, Respondent. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.; Ingraham, P. J., dissented.

The James McCreery Realty Corporation, Plaintiff, v. The Associated Merchants Company and Others, Appellants. Paul H. Fairchild, Receiver, Respondent. (Appeal No. 3.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.; Ingraham, P. J., dissented.

Daniel H. Morgan, Appellant, v. Richmond Cedar Works, Respondent. — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

John Baldwin Hand, Respondent, v. Ida Von Claussen, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

Eva Tanguay Ford, Respondent, v. John W. Heaney and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

Tommaso Mancini, Respondent, v. Claremont Iron Works, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

Chartered Company of Lower California, Appellant, v. Thomas M. Rowlette, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.